**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO. 23-22564-CV-WILLIAMS**

DIETRA YOUNG,

    Plaintiff,

v.

WALMART STORES EAST, LP,

    Defendant.
_____/

## ORDER

**THIS MATTER** is before the Court on Magistrate Judge Lisette M. Reid's Report and Recommendation (DE 15) ("*Report*") on the *ore tenus* Motion to Dismiss for Failure to Retain Counsel made by Defendant Walmart Stores East, LP ("*Defendant*") (DE 14) ("*Motion*"). In the Report, Judge Reid recommends that the Motion be granted and that this case be dismissed without prejudice. (DE 15 at 3.) No objections were filed to the Report, and the time to object has passed. Upon a careful review of the Report, the Motion, the record, and applicable law, it is **ORDERED AND ADJUDGED** that:

1. Judge Reid's Report (DE 15) is **AFFIRMED AND ADOPTED**.

2. Defendant's *ore tenus* Motion to Dismiss for Failure to Retain Counsel (DE 14) is **GRANTED**.

3. This case is **DISMISSED WITHOUT PREJUDICE**.

4. All hearings and deadlines are **CANCELED**. All pending motions are **DENIED AS MOOT**. This case is **CLOSED**.

**DONE AND ORDERED** in Chambers in Miami, Florida, this <u>15th</u> day of October, 2023.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE